1
2
3
4
5
6
7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11    MILLARD WAYNE BAKER, JR.,                    1:22-cv-00765-BAK (SAB) (PC)

12                    Plaintiff,
                                                   ORDER TRANSFERRING CASE TO THE
13           v.                                    SACRAMENTO DIVISION OF THE
                                                   EASTERN DISTRICT OF CALIFORNIA
14    SOLORANO, et al.

15                    Defendant.

16

17          Plaintiff Millard Wayne Baker, Jr., a state prisoner proceeding *pro se*, has filed a civil

18    rights action pursuant to 42 U.S.C. § 1983, together with a motion to proceed *in forma pauperis*

19    pursuant to 28 U.S.C. § 1915.

20          In his complaint, Plaintiff alleges violations of his civil rights by Defendants. The alleged

21    violations took place in Sacramento County, which is part of the Sacramento Division of the

22    United States District Court for the Eastern District of California. Therefore, the complaint should

23    have been filed in the Sacramento Division.

24          Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

25    court may, on the court's own motion, be transferred to the proper court.  Therefore, this action

26    will be transferred to the Sacramento Division. Accordingly, the Fresno Division of this court will

27    not rule on Plaintiff's pending motion to proceed *in forma pauperis*.

28    //

                                                   1

1    Good cause appearing, IT IS HEREBY ORDERED that:

2        1.  This action is transferred to the United States District Court for the Eastern District of

3  California sitting in Sacramento; and

4        2.  All future filings shall refer to the new Sacramento case number assigned and shall be

5  filed at:

6                        United States District Court
                         Eastern District of California
7                        501 "I" Street, Suite 4-200
                         Sacramento, CA 95814
8

9        3.  This court has not ruled on Plaintiff's request to proceed *in forma pauperis*.

10

IT IS SO ORDERED.
11

12  Dated:   **June 24, 2022**     _____

                                    UNITED STATES MAGISTRATE JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28